UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ANTHONY ROMANO,

       Plaintiff,

                DECISION AND ORDER
  v.                15-CV-518A

DOCTOR LEVITT,
DOCTOR S. LEUTHE,

       Defendants.

This case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1)(B). On May 5, 2017, Magistrate Judge Scott filed a Report and Recommendation (Dkt. No. 54), recommending that, to the extent plaintiff's motion should be construed as one seeking injunctive relief, the motion (Dkt. No. 44) should be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, that to the extent plaintiff's motion seeks an injunction, that motion is denied.

This case is recommitted to Magistrate Judge Scott consistent with the original referral order (Dkt. No. 30).

IT IS SO ORDERED.

_____*Richard J. Arcara*_____
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT COURT

Dated: June 9, 2017